**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| SANDRA LUCRECIA LOPEZ-LOPEZ, | No.   20-73772 |
| Petitioner, | Agency No. A201-293-735 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 14, 2023[**]

Before:    SILVERMAN, SUNG, and SANCHEZ, Circuit Judges.

Sandra Lucrecia Lopez-Lopez, a native and citizen of Guatemala, petitions

pro se for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision to terminate removal proceedings.

We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Because an order terminating removal proceedings is not a final order of removal, we lack jurisdiction to consider Lopez-Lopez's petition for review. *See* 8 U.S.C. § 1252(a)(1); *Lopez v. Garland*, 40 F.4th 996, 1000 (9th Cir. 2022) ("[T]he termination of [petitioner's] removal proceedings was not itself a final order of removal, and our jurisdiction is limited to such orders."); *see also* 8 U.S.C. § 1252(b)(9) ("Judicial review of all questions of law and fact . . . shall be available only in judicial review of a final order [of removal].").

The temporary stay of removal is lifted.

**PETITION FOR REVIEW DISMISSED.**